## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE JUBLIA | Civil Action No. 18-13635 (BRM) (LHG)<br>(CONSOLIDATED)<br><br>Civil Action No. 18-15060<br>Civil Action No. 20-02747 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and among Plaintiffs Bausch Health US, LLC, Bausch Health Ireland Limited, Bausch Health Americas, Inc., and Kaken Pharmaceutical Co., Ltd. (collectively, "Plaintiffs"), and Defendants Taro Pharmaceuticals U.S.A., Inc., Taro Pharmaceuticals Inc., and Taro Pharmaceutical Industries Ltd., (collectively "Defendants") (all collectively, "the Parties"), through their undersigned counsel, as follows:

All claims, affirmative defenses, and counterclaims asserted in this action with respect to U.S. Patent Nos. 7,214,506 (the "'506 Patent"), 8,039,494 (the "'494 Patent"), 8,486,978 (the "'978 Patent"), 9,302,009 (the "'009 Patent"), 9,566,272 (the "'272 Patent"), 9,662,394 (the "'394 Patent"), 9,861,698 (the "'698 Patent"), and 9,877,955 (the "'955 Patent") should be and hereby are dismissed;

All claims, affirmative defenses, and counterclaims asserted in this action with respect to U.S. Patent Nos. 10,512,640 ("the '640 patent"); 10,342,875 ("the '875 patent"); and 10,478,601 ("the '601 patent") should be and hereby are dismissed;

The dismissal is without prejudice, except that in the event of termination of the Settlement Agreement between the parties concerning this case, either party may seek to re-open the litigation;

Defendants and their Affiliates (as defined in the Parties' Settlement Agreement) are hereby permanently enjoined from making, using, selling, importing or offering for sale the product that is  the subject of Abbreviated New Drug Application No. 212211 in the United States except as permissible under the Parties' Settlement Agreement; and

Each party shall bear its own costs, expenses and taxes in connection with this litigation.

IT IS SO ORDERED this __12th__ day of __August__, 2020.

_____
Hon. Brian R. Martinotti, U.S.D.J.

Dated: August 11, 2020

s/ William P. Deni, Jr.
William P. Deni, Jr.
Charles H. Chevalier
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
wdeni@gibbonslaw.com
cchevalier@gibbonslaw.com
jlower@gibbonslaw.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Thomas P. Steindler (*pro hac vice*)
Nicole M. Jantzi (*pro hac vice*)
Paul M. Schoenhard (*pro hac vice*)

s/ James S. Richter
James S. Richter
**MIDLIGE RICHTER LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
Tel: (908) 626-0622
Fax: (908) 626-0322
jrichter@midlige-richter.com

*Of Counsel:*

Charles B. Klein (*pro hac vice*)
Jovial Wong (*pro hac vice*)
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, DC 20006
T: (202) 282-5000

Brian J. Nisbet (*pro hac vice*)
Melanie L. Lee (*pro hac vice*)

Ian B. Brooks (*pro hac vice*)
Christopher M. Bruno (*pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Tel. (202) 756-8000

*Attorneys for Plaintiffs*
*Bausch Health US, LLC,*
*Bausch Health Ireland Limited, and*
*Bausch Health Americas, Inc.*

John D. Livingstone (*pro hac vice*)
Samhitha Muralidhar Medatia (*pro hac vice*)
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Tel. (404) 653-6400

Naoki Yoshida (*pro hac vice*)
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
33rd Floor, Shiroyama Trust Tower
3-1, Toranomon 4-chome, Minato-ku
Tokyo, 105-6033 Japan
Tel. +81-3-3431-6943

*Attorneys for Plaintiff*
*Kaken Pharmaceutical Co., Ltd.*

**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
T: (312) 558-5600

*Attorneys for Defendants*
*Taro Pharmaceuticals U.S.A., Inc.,*
*Taro Pharmaceuticals Inc., and*
*Taro Pharmaceutical Industries Ltd.*